UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | No. 2:16-cv-02654-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| EDWARD YANG, PAULINE YANG, and DOES 1-10, inclusive, | |
| Defendants. | |

      On December 7, 2016, the court directed the parties to meet and confer and to file a joint status report advising the court whether they have reached settlement or exhausted efforts to settle within sixty (60) days. ECF No. 5. Over ninety (90) days later, the parties have not filed a joint status report. Accordingly, the parties are ORDERED to SHOW CAUSE, within seven (7) days, why they should not be sanctioned, either in the amount of $250 each for failing to comply with court's order, or with dismissal, or both.

      IT IS SO ORDERED.

DATED: April 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

1