UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD YANG, PAULINE YANG, and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:16-cv-2654-KJM-KJN<br><br>ORDER |

After both parties missed their joint status report filing deadline, the court issued an order to show cause within seven days why the case should not be dismissed or the parties sanctioned. Order, April 12, 2017, ECF No. 6. Plaintiff's counsel, Mr. Malakauskas, timely responded, explained the error, and updated the court regarding the parties' settlement negotiation status. Pl.'s Response, April 19, 2017, ECF No. 7. Accordingly, the court DISCHARGES the order to show cause as to Mr. Malakauskas. But defense counsel, Mr. Eley, has yet to respond and the deadline to do so has now passed. Accordingly, the court SANCTIONS him in the amount of $250, payable to the Clerk of the Court within fourteen (14) days of this order. Mr. Eley shall not pass this cost on to his clients.

/////

1

|   |   |
|---|---|
| 1 | In light of plaintiff's counsel's representations, the STAY of this case is LIFTED. |
| 2 | An initial scheduling conference is set for May 11, 2017, at 2:30 p.m., with a joint status report as |
| 3 | required by the court's order of November 9, 2016, due by seven days prior to May 11, 2017. |
| 4 | IT IS SO ORDERED. |
| 5 | DATED: May 1, 2017 |

_____
UNITED STATES DISTRICT JUDGE
2