DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for Plaintiff


CHRISTOPHER K. ELEY, SBN 90897
221 Tuxedo Court, Suite E
Stockton, California 95204
Phone: (209) 466-8511
Facsimile: (209) 466-6340
Attorney for Defendants,

Edward Yang and Pauline Yang

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br> **EDWARD YANG**, **PAULINE YANG**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 2:16-cv-2654-KJM-KJN** <br><br> **ORDER GRANTING STIPULATION FOR LEAVE TO AMEND THE COMPLAINT** |

## **ORDER**

**IT IS HEREBY ORDERED**, that the scheduling order be amended, and Plaintiff is allowed Leave to File her Second Amended Complaint.

Dated: September 11, 2017.

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING STIPULATION FOR LEAVE TO FILE SECOND AMEDED COMPLAINT**     1