DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for Plaintiff


CHRISTOPHER K. ELEY, SBN 90897
221 Tuxedo Court, Suite E
Stockton, California 95204
Phone: (209) 466-8511
Facsimile: (209) 466-6340
Attorney for Defendants,

Edward Yang and Pauline Yang

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **EDWARD YANG**, **PAULINE YANG**, **NORTH CENTRAL PIZZA, LLC**, as an entity and doing business as "Domino's Pizza #7947", and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 2:16-cv-2654-KJM-KJN** <br><br> **ORDER GRANTING STIPULATION FOR LEAVE TO AMEND THE SCHEDULING ORDER TO ALLOW: 1) PLAINTIFF LEAVE TO FILE HER THIRD AMENDED COMPLAINT; AND 2) THE PARITES TO FILE THEIR DISPOSITIONAL MOTIONS IN NINETY DAYS** |

**ORDER GRANTING STIPULATION FOR LEAVE TO AMEND SCHEDULING ORDER**

**IT IS HEREBY ORDERED**, that the scheduling order be amended, and plaintiff is allowed leave to file her Third Amended Complaint, and shall file the Third Amended Complaint within seven (7) days, and the dispositive motion hearing date set for January 12, 2018, is vacated and reset for March 23, 2018, at 10:00 a.m.

DATED: December 18, 2017.

_____
UNITED STATES DISTRICT JUDGE